IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KENNETH M. LEWIS, | : | |
| | : | |
| Petitioner, | : | Civil Action |
| | : | No. 5:07-cv-115 (CAR) |
| v. | : | |
| | : | Petition for Writ of Habeas Corpus |
| ANDY SELLERS, Warden, | : | 28 U.S.C. § 2254 |
| | : | |
| Respondent. | : | |

*ORDER ON THE REPORT AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Recommendation of the United States Magistrate Judge that the above-captioned petition for writ of habeas corpus be dismissed, without prejudice, for failure to exhaust state remedies. Petitioner did not respond to Respondent's motion to dismiss and has entered no objection to the Recommendation. Upon review of the Recommendation, this Court agrees with the findings of the Magistrate Judge. Accordingly, the Recommendation (Doc. 15) is hereby **ADOPTED** and made the order of the Court. For the reasons set forth in the Recommendation, Respondent's motion to dismiss (Doc. 9) is **GRANTED**, and the Clerk of Court is directed to dismiss this case, without prejudice.

**SO ORDERED**, this 17th day of March, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw